for leave to appeal to Court of Appeals granted, and question for review certified.

SMITH, Respondent, v. BROWN BROS. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by John J. Smith against the Brown Bros. Company. No opinion. Motion to amend order of affirmance, previously entered, denied, without costs.

SMITH, Respondent, v. D'ONOFRIO, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Benjamin A. Smith against Gennarino D'Onofrio. No opinion. Judgment and order affirmed, with costs.

SMITH, Respondent, v. KOSTER, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Harry G. Smith against William Koster, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

SMITH, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Bertha B. Smith against George W. Smith. No opinion. Appeal dismissed, without costs, for the failure of appellant to file and serve papers as required by rule 41.

SMITH, Appellant, v. STORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Ernst Smith against Emilie C. Stork and Reba Tyler Jackson, as administratrix of Susan M. Van Namee, deceased. No opinion. Motion denied, without costs. See, also, 126 App. Div. 355, 110 N. Y. Supp. 749.

SNYDER et al., Appellants, v. McEVOY, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by George W. Snyder and another against John F. McEvoy. No opinion. Judgment of the Municipal Court affirmed, with costs.

SOLOMON v. ALEXANDER. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Morris Solomon against Sadie O. Alexander. No opinion. Motion denied, with $10 costs. Order filed.

SPADER, Respondent, v. SINGER, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Clinton Spader against Otto Singer. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff was not in the employ of the defendant, as the first negotiation was ended and the plaintiff did not procure the exchange.

SPANIER, Respondent, v. LEVIN, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Michael Spanier against Max Levin. No opinion. Motion denied, without costs, and case placed at the foot of the calendar for this term of court.

SPANIER, Respondent, v. LEVIN, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Michael Spanier against Max Levin. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

SPINELLI v. JOHN H. PARKER CO. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Ameno Spinelli against the John H. Parker Company. No opinion. Motion denied, with $10 costs. Order filed.

SPOTTEN, Respondent, v. DE FREEST et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by John B. Spotten against William W. De Freest and another. No opinion. Order affirmed, with $10 costs and disbursements.

SPRAGUE, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Albert J. Sprague against the Long Island Railroad Company. No opinion. The case as settled is in flagrant violation of the rule requiring the testimony to be reduced to narrative and greatly increased the work of reading it. The like should not occur. Judgment and order unanimously affirmed, with costs.

STANTON, Respondent, v. GLAVIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Howard M. Stanton against John Glavin and another, composing the copartnership firm of John Glavin & Son.

PER CURIAM. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer on payment of costs of demurrer in this court and at Special Term.

CHESTER, J., not sitting.

STAPP v. SCHENKER et al. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Darwin M. Stapp against Israel W. Schenker, impleaded with others. No opinion. Motion denied, with $10 costs. Settle order on notice.

STEEPACK v. DWORKOWITZ. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Peter Steepack against Anna Dworkowitz. No opinion. Motion denied. Settle order on notice.

STEVHENS, Respondent, v. KISIELEW-SKI et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Anna Amelia Stevhens against Adam Kisielewski and others.

PER CURIAM. When the court took this case under consideration, it had the brief of the counsel for the appellants before it. Motion denied, without costs.